Samuel T. Williams, Impleaded with Arthur H. White, Appellant, v. Peter Keeler Building Company and Others, Defendants. Joseph A. Seidman, Attorney, Appellant; Annie E. Williams, Assignee, Respondent.— Order of September twenty-fifth modified so as also to send to the official referee the question of the facts and circumstances of the alleged assignment of plaintiff's lien, and the subsequent assignment of the judgment thereon, to Mrs. Annie E. Williams, and to report what title, as against plaintiff White, said assignee thereby acquired; and as thus modified said order is affirmed, without costs. The appeal from the order of September twenty-ninth is dismissed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.